**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 19-11-GF-BMM-JTJ |
| vs. | |
| JOHNNY LEEQUINN MCLAUGHLIN, | **ORDER** |
| Defendant. | |

Defendant Johnny LeeQuinn McLaughlin (McLaughlin) has been charged by Indictment with two counts of Possession of a Firearm by a Prohibited Person. (Doc. 1). The Court conducted an arraignment on March 15, 2019. (Doc. 7). The Court released McLaughlin pending trial, subject to certain conditions. (Doc. 11).

The government filed a motion on May 6, 2019, requesting that the Court revoke McLaughlin's pretrial release. The government argued that revocation was appropriate because McLaughlin had violated the conditions of his pretrial release: 1) by using methamphetamine; and 2) by failing to follow the instructions of his probation officer.

The Court conducted a hearing on the government's motion on May 16, 2019. McLaughlin admitted that he had used methamphetamine on two separate occasions. The Court determined that McLaughlin's pretrial release

should not be revoked, but that his release conditions should be amended to include substance abuse counseling and a curfew.

Accordingly, IT IS ORDERED:

1.   The government's Motion to Revoke Pretrial Release (Doc. 28) is DENIED.

2.   McLaughlin's pretrial release conditions shall be amended to include the following two conditions:

   a.   McLaughlin shall participate in a program of substance abuse counseling as directed by his probation officer; and

   b.   McLaughlin shall be subject to a curfew. McLaughlin shall be restricted to his residence everyday during the period from 8:00 p.m. to 7:00 a.m.

DATED this 17th day of May, 2019.

John Johnston
United States Magistrate Judge