# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHNNY LEEQUINN McLAUGHLIN, <br><br> Defendant. | CR 19-11-GF-BMM-JTJ <br><br> **ORDER** |

The United States Probation Office filed a Petition on June 23, 2020, requesting that the Court revoke Defendant Johnny Leequinn McLaughlin's supervised release. McLaughlin appeared before the Court for his initial appearance on June 25, 2020. The Court determined that McLaughlin may be suffering from a mental disease or defect that should be evaluated before he participates in the revocation hearing. 18 U.S.C. § 4244(a).

Accordingly, IT IS HEREBY ORDERED:

1. McLaughlin shall undergo a mental health evaluation pursuant to 18 U.S.C. § 4244(b) to assist the Court in determining whether McLaughlin suffers from a mental disease or defect that the Court should consider when it conducts the revocation hearing and determines an appropriate sentence, if necessary. The evaluation shall be completed within 30 days unless extended for

good cause. 18 U.S.C. § 4247(b).

2. The examiner shall submit a report to the Court consistent with 18 U.S.C. § 4244(b) and 18 U.S.C. § 4247(c). The report should also include any recommendation the examiner may have as to how McLaughlin's mental condition should affect any sentence imposed by the Court. 18 U.S.C. § 4247(c)(4)(E). The examiner's report shall be filed under seal. The Clerk of Court shall provide a copy of the report to McLaughlin and the United States.

3. The United States Marshals Service is directed to request that the Bureau of Prisons designate the federal facility where McLaughlin will be evaluated.

4. The United States Marshals Service shall notify the Court when it receives notice of the facility that has been designated.

5. The United States Marshals Service shall transfer McLaughlin to the designated facility, and shall transfer McLaughlin back to the District of Montana upon completion of the evaluation.

6. The Clerk is directed to notify the parties and the United States Marshals Service of the entry of this Order.

DATED this 25th day of June, 2020.

John Johnston
United States Magistrate Judge

2