# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-19-11-GF-BMM |
| Plaintiff, | |
| vs. | |
| JOHNNY LEEQUINN McLAUGHLIN, | ORDER |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 2, 2020. (Doc. 91.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 1, 2020. (Doc. 90.) The United States accused McLaughlin of violating his conditions of supervised release 1) by failing to notify his probation officer of a change in residence; 2) by using methamphetamine; and 3) by consuming alcohol. (Doc. 72.)

At the revocation hearing, McLaughlin admitted that he had violated the conditions of his supervised release 1) by failing to notify his probation officer of a change in residence; 2) by using methamphetamine; and 3) by consuming alcohol. (Doc. 90.) Judge Johnston found that the violations McLaughlin admitted proved to be serious and warranted revocation, and recommended that McLaughlin receive a custodial sentence of time served with 30 months supervised release to follow. McLaughlin was advised of the 14 day objection period and his right to allocute before the undersigned. McLaughlin waived those rights. (Doc. 90.)

The violations prove serious and warrant revocation of McLaughlin's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 91) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Johnny Leequinn McLaughlin be sentenced to a period of time served with 30 months supervised release to follow.

DATED this 2nd day of December, 2020.

_____
Brian Morris, Chief District Judge
United States District Court