# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNNY LEEQUINN MCLAUGHLIN,<br><br>Defendant. | Case No. CR 19-11-GF-BMM<br><br>**ORDER DISMISSING PETITION AND VACATING HEARING** |

Upon motion of the Defendant, Johnny Leequinn McLauglin, for an Order Dismissing the Petition for Summons for Offender Under Supervision, and Vacating Hearing, there being no objection from the Government:

IT IS HEREBY ORDERED that the Petition for Summons for Offender Under Supervision is hereby dismissed;

IT IS FURTHER HEREBY ORDERED that the hearing set for Monday, November 28, 2022, at 1:30 p.m. is VACATED.

DATED this 28th day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court